# Order

Michigan Supreme Court
Lansing, Michigan

November 16, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158592(6)

*In re* ANONYMOUS JUDGE

BEFORE THE JUDICIAL TENURE
COMMISSION

_____/

SC: 158592
RFI No. 2017-22845

On order of the Chief Justice, the motion to extend the time for filing a response to the petition of the Attorney Grievance Commission is GRANTED. The response will be accepted as timely filed if submitted on or before December 3, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 16, 2018



Clerk